Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
Farnaz Alemi (Cal. Bar No. 255836)
falemi@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for KO Beverages LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation d/b/a MONSTER BEVERAGE COMPANY,<br><br>　　　　Plaintiff,<br>　v.<br>KO BEVERAGES LLC, an Arizona corporation,<br>　　　　Defendant. | Case No.: CV 10-3955 MMM (Ex)<br><br>**KO BEVERAGES LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO HANSEN BEVERAGE COMPANY'S COMPLAINT**<br><br>Judge: Hon. Margaret M. Morrow<br>Location: Courtroom 780<br><br>Complaint Filed: May 26, 2010 |

Answer to Complaint

# ANSWER

Defendant KO Beverages LLC ("KO Beverages") by and through the undersigned counsel, hereby answers Plaintiff Hansen Beverage Company's ("Hansen") Complaint as follows:

## I. JUSRISDICTION AND VENUE

1. KO Beverages admits that Hansen's Complaint alleges the causes of action enumerated in paragraph 1, but denies that Hansen is entitled to any of the relief requested.

2. KO Beverages admits that this Court has subject matter jurisdiction over this purported action.

3. KO Beverages admits that venue is proper in this Judicial District.

## II. THE PARTIES

4. KO Beverages is without knowledge as to the truth or falsity of the allegations in paragraph 4, and therefore denies such allegations.

5. KO Beverages admits that it is an Arizona corporation with its principal place of business located at 5440 West Parkview Lane, Glendale, AZ 85319 and does not contest that it is subject to the jurisdiction of this Court, but otherwise denies the remaining allegations of paragraph 5.

## III. ALLEGATIONS FOR ALL CLAIMS OF RELIEF

6. KO Beverages is without knowledge as to the truth or falsity of the allegations in paragraph 6, and therefore denies such allegations.

7. KO Beverages is without knowledge as to the truth or falsity of the allegations in paragraph 7, and therefore denies such allegations.

8. KO Beverages is without knowledge as to the truth or falsity of the allegations in paragraph 8, and therefore denies such allegations.

9. KO Beverages is without knowledge as to the truth or falsity of the allegations in paragraph 9, and therefore denies such allegations.

10. KO Beverages is without knowledge as to the truth or falsity of the

1  allegations in paragraph 10, and therefore denies such allegations.

2      11.   KO Beverages acknowledges that Hansen purports to be the owners of
3  the registered trademarks described in paragraph 11, but is without knowledge as to
4  the truth or falsity of the allegations in this paragraph, and therefore denies such
5  allegations.

6      12.   KO Beverages is without knowledge as to the truth or falsity of the
7  allegations in paragraph 12, and therefore denies such allegations.

8      13.   KO Beverages is without knowledge as to the truth or falsity of the
9  allegations in paragraph 13, and therefore denies such allegations.

10     14.   KO Beverages is without knowledge as to the truth or falsity of the
11 allegations in paragraph 14, and therefore denies such allegations.

12     15.   KO Beverages admits that it is engaged in the business of producing and
13 selling energy drinks, but denies that it produces and sells other types of beverages.

14     16.   KO Beverages admits that its energy drink line includes a Knockout
15 original product, a Knockout low-carb product, and a Knockout punch product, but
16 denies the remaining allegations in paragraph 16.

17     17.   KO Beverages denies the allegations in paragraph 17.

18     18.   KO Beverages denies the allegations in paragraph 18.

19     19.   KO Beverages admits that it sells its energy drinks in 16 ounce sized
20 containers as do numerous other third parties, but denies the remaining allegations in
21 paragraph 19.

22     20.   KO Beverages admits that its containers have a black background as do
23 the containers of numerous other third party products, but denies the remaining
24 allegations in paragraph 20.

25     21.   KO Beverages denies the allegations in paragraph 21.

26     22.   KO Beverages denies the allegations in paragraph 22.

27     23.   KO Beverages denies the allegations in paragraph 23.

28     24.   KO Beverages denies the allegations in paragraph 24.

25. KO Beverages denies the allegations in paragraph 25.

26. KO Beverages denies the allegations in paragraph 26.

27. KO Beverages denies the allegations in paragraph 27.

28. KO Beverages denies the allegations in paragraph 28.

## IV. FIRST CAUSE OF ACTION FOR TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

29. KO Beverages hereby incorporates all of the foregoing responses by reference as though fully set forth herein.

30. KO Beverages admits that Hansen brought an action for alleged trademark infringement, but denies that such claim is valid and denies that Hansen is entitled to the requested relief.

31. KO Beverages admits the allegations in paragraph 31.

32. KO Beverages acknowledges that Hansen purports to be the owner of the registered trademarks referred to in the Complaint, but is without knowledge as to the truth or falsity of the allegations in this paragraph, and therefore denies such allegations.

33. KO Beverages denies the allegations in paragraph 33.

34. KO Beverages denies the allegations in paragraph 34.

35. KO Beverages denies the allegations in paragraph 35.

## V. SECOND CAUSE OF ACTION FOR TRADE DRESS INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN

36. KO Beverages hereby incorporates all of the foregoing responses by reference as though fully set forth herein.

37. KO Beverages admits that Hansen brought an action for alleged trade dress infringement, but denies that such claim is valid and denies that Hansen is entitled to the requested relief.

38. KO Beverages admits the allegations in paragraph 38.

39. KO Beverages denies the allegations in paragraph 39.

1  40.  KO Beverages denies the allegations in paragraph 40.
2  41.  KO Beverages denies the allegations in paragraph 41.
3  42.  KO Beverages denies the allegations in paragraph 42.
4  43.  KO Beverages denies the allegations in paragraph 43.
5  44.  KO Beverages denies the allegations in paragraph 44.

6 **VI. THIRD CAUSE OF ACTION FOR CALIFORNIA STATUTORY UNFAIR**
7 **COMPETITION**

8  45.  KO Beverages hereby incorporates all of the foregoing responses by
9  reference as though fully set forth herein.
10 46.  KO Beverages admits that Hansen brought an action for California
11 statutory unfair competition, but denies that such claim is valid and denies that Hansen
12 is entitled to the requested relief.
13 47.  KO Beverages admits the allegations in paragraph 47.
14 48.  KO Beverages denies the allegations in paragraph 48.
15 49.  KO Beverages denies the allegations in paragraph 49.
16 50.  KO Beverages denies the allegations in paragraph 50.

17 **V. FOURTH CAUSE OF ACTION FOR CALIFORNIA COMMON LAW**
18 **UNFAIR COMPETITION**

19 51.  KO Beverages hereby incorporates all of the foregoing responses by
20 reference as though fully set forth herein.
21 52.  KO Beverages admits that Hansen brought an action for California
22 common law unfair competition, but denies that such claim is valid and denies that
23 Hansen is entitled to the requested relief.
24 53.  KO Beverages admits the allegations in paragraph 53.
25 54.  KO Beverages denies the allegations in paragraph 54.
26 55.  KO Beverages denies the allegations in paragraph 55.
27 56.  KO Beverages denies the allegations in paragraph 56.
28            *         *         *

## AFFIRMATIVE DEFENSES

KO Beverages alleges the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

**(Laches, Waiver, and/or Acquiescence)**

Hansen's claims are barred, in whole or in part, by the doctrine of laches, waiver, and/or acquiescence.

### SECOND AFFIRMATIVE DEFENSE

**(Unclean Hands and/or Estoppel)**

Hansen's claims are barred, in whole or in part, by the doctrines of unclean hands and/or estoppel.

### THIRD AFFIRMATIVE DEFENSE

**(Fair Use)**

Hansen's claims are barred, in whole or in part, by the doctrines of fair use, nominative fair use and/or descriptive use.

\*   \*   \*

## ADDITIONAL DEFENSES

KO Beverages reserves its right to assert any additional affirmative defenses which may come to its attention during its ongoing investigation and discovery into the matters alleged in this Complaint.

WHEREFORE, KO Beverages prays for judgment as follows:

1. That Hansen takes nothing by way of its Complaint;
2. That the Complaint, and each and every purported claim for relief therein, be dismissed with prejudice;
3. That KO Beverages be awarded its costs for defending this action, including attorneys' fees and expenses; and
4. For such other and further relief as this Court deems just and proper.

| | | |
|---|---|---|
| 1 | DATED: July 12, 2010 | JENNER & BLOCK LLP |
| 2 | | /s/ Brent Caslin |
| 3 | | Brent Caslin |
| 4 | | Counsel for KO Beverages LLC |